```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE J03-0017--CV (JKS)
         "MARTY SMITH ET AL V RICHARD Z. LEMAY ET AL"
```

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
     Referral Rule:  MJ 4(12)
             Filed:  08/13/03
            Closed:  11/10/05

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (340) Marine
                     28 USC 1333
            Origin:  (1) Original Proceeding
            Demand:  99999
        Filing fee:  Paid $150.00 on 08/13/03 receipt # 10096693
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | SMITH, MARTY L. | Jack G. Poulson<br>Poulson & Woolford LLC<br>POB 20450<br>Juneau, AK 99802<br>907-586-6529<br>FAX 907-586-6329 |
| PLF 2.1 | SMITH, LANCE G. | Jack G. Poulson<br>(see above) |
| PLF 3.1 | SMITH, LEIGHTON | Jack G. Poulson<br>(see above) |
| PLF 4.1 | [T] NAVIGATORS INSURANCE CO | No counsel found for this party! |
| PLF 5.1 | [T] ROYAL INSURANCE CO OF AMERICA | No counsel found for this party! |
| DEF 1.1 | LEMAY, RICHARD Z. | William T. Montgomery<br>Montgomery Scarp<br>1218 3rd Avenue, Suite 2700<br>Seattle, WA 98101<br>206-625-1801<br>FAX 206-625-1807 |
| DEF 2.1 | [T] LEMAY, JOHN | No counsel found for this party! |
| DEF 3.1 | OLAJEAN, M/V | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J03-0017--CV (JKS)
          "MARTY SMITH ET AL V RICHARD Z. LEMAY ET AL"
```

For all filing dates

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
    Referral Rule:  MJ 4(12)
            Filed:  08/13/03
           Closed:  11/10/05

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (340) Marine
                    28 USC 1333
           Origin:  (1) Original Proceeding
           Demand:  99999
       Filing fee:  Paid $150.00 on 08/13/03 receipt # 10096693
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/13/03 | Complaint filed; Summons issued. |
| 2 - 1 | 08/13/03 | PLF 1-3 motion for issuance of warrant for arrest of vessel without pre-arrest hearing w/att aff. |
| 3 - 1 | 08/13/03 | JKS Minute Order that case referred to MJ Pallenberg per MJ Rule 4(12) for matters relating to the arrest of vessel. cc: cnsl, MJ |
| 4 - 1 | 08/15/03 | PMP Order granting motion for issuance of warrant for arrest of vessel without pre-arrest hearing. (2-1) cc: cnsl, USM |
| NOTE - 1 | 08/18/03 | Issued: In rem warrant for arrest of vessel. |
| 5 - 1 | 10/17/03 | JKS Minute Order that proof of svc as to one or more defs is lacking; file proofs of svc on those defs already svd; proceed to serve any other defs to comply w/Rule 4(m), FRCP. cc: cnsl |
| 6 - 1 | 10/17/03 | DEF 1 Answer to Complaint. |
| 7 - 1 | 10/23/03 | DEF 1 Waiver of Service. |
| 8 - 1 | 11/06/03 | PLF 1-5 Return of Service unexecuted on DEF 2 on 10/30/03. |
| 9 - 1 | 12/04/03 | JKS Minute Order that ans has not been fld by one or more defs; require an ans or apply for default within 20 days from the date of this mo. cc: cnsl |
| 10 - 1 | 12/29/03 | PLF 1-3 motion (request) for additional time for service of complaint. |
| 11 - 1 | 12/31/03 | JKS Order granting mot (request) for addtl time of 60 days for svc of cmplt on DEF 2 (10-1). cc: cnsl |
| 12 - 1 | 03/08/04 | PLF 1-3; DEF 1 Dismissal Notice (Party(s)) of John LeMay w/o prejudice. |
| 13 - 1 | 03/09/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J03-0017--CV (JKS)
"MARTY SMITH ET AL V RICHARD Z. LEMAY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 04/09/04 | PLF 1-5; DEF 1 Scheduling and Planning Conference Report. |
| 15 - 1 | 04/20/04 | JKS S&P Order setting PT ddlns: Original disc 02/25/05; disp mots ddln 03/25/05. cc: cnsl |
| 16 - 1 | 01/14/05 | PLF 1-5 motion to sever and transfer in rem claim. |
| 17 - 1 | 01/20/05 | PLF 1-3 notice of defs' non-opposition to PLF 1-5 motion to sever and transfer in rem claim. (16-1) |
| 18 - 1 | 01/20/05 | PLF 4-5 motion for summary judgment w/att exhs & decl. |
| 19 - 1 | 01/25/05 | PLF 1-5 motion to compel deposition of defendant w/att good faith certif, decl and exhs. |
| 20 - 1 | 01/25/05 | PLF 1-5 Witness List. |
| 21 - 1 | 01/26/05 | DEF 1 Attorney Substitution of W. Montgomery for P. McFarlane. |
| 22 - 1 | 01/28/05 | DEF 1 Amended Attorney Substitution of W. Montgomery for P. McFarlane. cc: cnsl, W. Montgomery |
| 23 - 1 | 02/01/05 | PLF 1-2 joinder to PLF 4-5 motion for summary judgment (18-1). |
| 24 - 1 | 02/07/05 | JWS Order granting motion to sever and transfer in rem claim (16-1). cc: cnsl |
| 25 - 1 | 02/08/05 | DEF 1; 3 opposition to PLF 4-5 motion for summary judgment (18-1) w/att declaration & exhs. |
| 25 - 2 | 02/08/05 | DEF 1; 3 motion cross-motion under CR 36(b) to withdraw admissions w/att declaration & exhs. |
| 26 - 1 | 02/10/05 | PLF 1-3 reply to opposition to PLF 4-5 motion for summary judgment. (18-1) |
| 27 - 1 | 02/14/05 | PLF 4-5 reply to opposition to PLF 4-5 motion for summary judgment (18-1) w/att exh. |
| 27 - 2 | 02/14/05 | PLF 4-5 opposition to DEF 1; 3 motion cross-motion under CR 36(b) to withdraw admissions (25-2). |
| 28 - 1 | 02/18/05 | DEF 1; 3 reply to opposition to DEF 1; 3 motion cross-motion under CR 36(b) to withdraw admissions (25-2) w/att exhs. |
| 29 - 1 | 02/22/05 | PLF 4-5 motion for leave to file sur reply to def's reply to mot to w/d admissions. |
| 30 - 1 | 02/24/05 | PLF 1-3 Address Change Notice. |
| 31 - 1 | 03/16/05 | PLF 1-3 Address Change Notice. |
| 32 - 1 | 03/24/05 | PLF 1-2 motion to set case for trial. |
| 33 - 1 | 04/19/05 | JKS Order denying mot for sj (18-1), denying w/o prej to renewal mot to set case for trial (32-1); granting mot to compel depo of def; sched for completion to be included in stat rpt (19-1), cross-mot under CR 36(b) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J03-0017--CV (JKS)
                       "MARTY SMITH ET AL V RICHARD Z. LEMAY ET AL"

                                  For all filing dates

Document #   Filed      Docket text
_____   _____    _____

                        to w/d admissions (25-2); terminating in light of this ord: mot for
                        leave to file sur reply to def's reply to mot to w/d admissions (29-1);
                        plf to file stat rpt by 5/2/05 re: disc needs & schedule; Navigators
                        Insurance Co to recover from DEF 1 & DEF 2 costs in bringing mots @ dkts
                        18 & 19; cost stmt due 4/25/05; DEF 1 & DEF 2's objs due 4/29/05. cc:
                        cnsl

  34 -   1   05/04/05   PLF 1-3 Status Report.

  35 -   1   05/06/05   DEF 1 Status Report.

  36 -   1   05/16/05   JKS Minute Order that status report 34-1 & 35-1 are accepted; further
                        stat rpt due by 6/27/05; cnsl for DEF 1 is responsible for flg the
                        status rpt. cc: cnsl

  37 -   1   05/19/05   USM Return of svc on WOA re: DEF 3 returned unserved.

  38 -   1   06/27/05   PLF 4-5 Stipulation for dismissal of plaintiff Underwriters claims
                        against defendants with prejudice and without costs.

  39 -   1   06/28/05   PLF 1-3; DEF 1 Joint Status Report.

  38 -   2   07/01/05   JKS Order granting stipulation for dismissal of plaintiffs'Navigators
                        Ins Co and Royal Insurance Co of America claims against defendants with
                        prejudice and without costs (38-1).  This disml of claims does not
                        affect the claims of remaining plfs. cc: cnsl

  40 -   1   07/11/05   JKS Minute Order that an updated stat rpt due by 10/31/04. cc: cnsl

  41 -   1   08/25/05   PLF 1-2; DEF 1 motion joint expedited motion to compel testimony w/att
                        exh.

  42 -   1   08/26/05   ZZZ 1 opposition [Objection] to PLF 1-2; DEF 1 motion joint expedited
                        motion to compel testimony. (41-1)

  43 -   1   08/26/05   JKS Order granting mot on shortened time; non-party Hotze is directed to
                        show cause why mot to compel should not be granted; response is due by
                        9/2/05; parties are directed to effectuate svc of ord on Hotz. cc: cnsl

  44 -   1   09/01/05   DEF 1 motion for order vacating order to show cause.

  45 -   1   09/15/05   JKS Order granting w/o prejudice motion for order vacating order to show
                        cause (44-1); terminating in light of this order: motion joint expedited
                        motion to compel (41-1). cc: cnsl

  46 -   1   11/02/05   PLF 1-3 Status Report.

  47 -   1   11/02/05   JKS Minute Order that further stat rpt due by 12/5/05. cc: cnsl

  48 -   1   11/07/05   PLF 1-3; DEF 1 Stipulation for dismissal w/prejudice.

  48 -   2   11/10/05   JWS Order granting stipulation for dismissal w/prejudice (48-1). cc:
                        cnsl, MJ Pallenberg
```